# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 180 WAL 2014
:
                Respondent        :
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
          v.                  :
:
:
:
GREGORY C. TOMASETTI,      :
:
                Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.